# Court of Appeals
# of the State of Georgia

ATLANTA,   March 03, 2014

*The Court of Appeals hereby passes the following order:*

**A13A1873. DEPARTMENT OF TRANSPORTATION v. QUICK FUEL, INC.**

In Case No. A13A1872, Quick Fuel, Inc. appealed in a condemnation case the judgment entered on a jury verdict in favor of the Department of Transportation ("DOT"). DOT filed a notice of cross-appeal, docketed in this Court as Case No. A13A1873, the instant appeal. DOT, in its brief as cross-appellant, states that its "cross appeal is contingent on reversal in the main appeal. In the event the main appeal is affirmed as DOT contends is appropriate, the cross appeal is withdrawn."

Because the Court has affirmed the judgment entered in Case No. A13A1872, this cross-appeal is deemed withdrawn.[1] Accordingly, this appeal is hereby DISMISSED.[2]



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 03/03/2014
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.

---

[1] See *Barton v. Barton*, 281 Ga. 565, 566 (2) (639 SE2d 481) (2007); *SAKS Assoc., LLC v. Southeast Culvert, Inc.*, 282 Ga. App. 359, 366 (4) (638 SE2d 799) (2006).

[2] See *SAKS Assoc., LLC*, supra at 366; *Bagwell v. Hunt*, 174 Ga. App. 148, 149 (2) (329 SE2d 215) (1985). See generally *Heard v. State*, 274 Ga. 196, 198 (2) (552 SE2d 818) (2001).